UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOSE FEDERICO VILLARREAL,

Plaintiff,

v.

MARKWAYNE MULLIN[1], *et al*.,

Defendants.

Case No. 5:26-cv-01328-JGB-ACCV

**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

Honorable Jesus G. Bernal
United States District Judge

[1] Pursuant to Federal Rule of Civil Procedure 25, Markwayne Mullin is substituted in, by operation of law, for Kristi Noem.

Having read and considered Defendant's Stipulation for Extension of Time to Respond to Initial Complaint by Not More than 30 Days, and finding good cause therefor,

IT IS HEREBY ORDERED that Court will grant Defendants an additional thirty-day extension of time, from September 23, 2026, to October 23, 2026, or such time thereafter as determined by this court, to answer, plead or otherwise respond to Plaintiff's complaint.

Date: September 28, 2026

Honorable Jesus G. Bernal
United States District Judge